JS-6

UNITED STATES DISTRICT COURT
FOR THE
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS MARQUEZ,<br><br>    Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Civil No. 2:18-cv-1502-SK<br><br>~~[PROPOSED]~~ JUDGMENT |

IT IS HEREBY ADJUDGED that the decision of the Acting Commissioner of Social Security is reversed and the matter is remanded for further administrative proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g), consistent with the Remand Order filed concurrently herewith.

DATED: November 14, 2018

_____
HON. STEVE KIM
U.S. MAGISTRATE JUDGE